UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-80236-RYSKAMP/HOPKINS

ZIKE LLC,

Plaintiff,

v.

DANIEL S. CATALFUMO,
JAMES JACOBY, JOSEPH EICHNER,
CATALFUMO CONSTRUCTION
AND DEVELOPMENT, INC., CATALFUMO
GLOBAL DISTRIBUTORS, LLC,
F/K/A ZIKE GLOBAL DISTRIBUTORS, LLC,
JOHN DOES 1-10 AND ABC CORPORATIONS 1-10,

Defendants.
_______________________________________________/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff ZIKE LLC and Defendants DANIEL S. CATALFUMO, JAMES JACOBY, JOSEPH EICHNER, CATALFUMO CONSTRUCTION AND DEVELOPMENT, INC., CATALFUMO GLOBAL DISTRIBUTORS, LLC, F/K/A ZIKE GLOBAL DISTRIBUTORS, LLC, JOHN DOES 1-10 AND ABC CORPORATIONS 1-10, pursuant to Federal Rule of Civil Procedure 41 and the settlement reached between the parties hereby stipulate to the dismissal of this action, without prejudice, with each party to bear their own fees and costs. Pursuant to the Settlement Agreement, if certain conditions are met, a Stipulation of Dismissal, with Prejudice, will be filed. If the parties re-file this matter, they will do so in this Court and designate this matter as a prior related case.

Respectfully submitted this 18th day of June, 2013.

__________________________________

ERIC LEE (Bar No. 961299)
lee@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
**Counsel for Plaintiff**
**ZIKE, LLC**

/s/ Gary Mayer Dunkel (with approval)

GARY MAYER DUNKEL (Bar No. 350354)
dunkelg@gtlaw.com
Greenberg Traurig
777 S. Flagler Dr., Ste. 300E
West Palm Beach, FL 33401
**Counsel for Defendants**
**DANIEL S. CATALFUMO,**
**JAMES JACOBY, JOSEPH EICHNER,**
**CATALFUMO CONSTRUCTION**
**AND DEVELOPMENT, INC., CATALFUMO**
**GLOBAL DISTRIBUTORS, LLC,**
**F/K/A ZIKE GLOBAL DISTRIBUTORS, LLC,**
**JOHN DOES 1-10 AND ABC CORPORATIONS 1-10**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 18, 2013
Boca Raton, Florida

Respectfully submitted,

ERIC LEE (Bar No. 961299)
lee@leeamlaw.com
Lee & Amtzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 981-9988
Facsimile: (561) 981-9980
**Counsel for Plaintiff**
**ZIKE, LLC**

**SERVICE LIST**

Haynsworth Sinkler Boyd
William Francis Marion, Jr., Esq.
fmarion@hsblawfirm.com
P. O. Box 2048
Greenville, SC 29602

Greenberg Traurig
Gary Mayer Dunkel, Esq.
dunkelg@gtlaw.com
Jason Henry Okleshen, Esq.
OkleshenJ@gtlaw.com
777 S. Flagler Dr., Ste. 300E
West Palm Beach, FL 33401

**Attorneys for Defendants**
**DANIEL S. CATALFUMO,**
**JAMES JACOBY, JOSEPH EICHNER,**
**CATALFUMO CONSTRUCTION**
**AND DEVELOPMENT, INC., CATALFUMO**
**GLOBAL DISTRIBUTORS, LLC,**
**F/K/A ZIKE GLOBAL DISTRIBUTORS, LLC,**
**JOHN DOES 1-10 AND ABC CORPORATIONS 1-10**

Gordon & Rees, LLP
Peter G. Siachos, Esq.
psiachos@gordonrees.com
18 Columbia Turnpike, Ste. 220
Florham, NJ 07932

**Attorneys for Plaintiff**
**ZIKE, LLC**