**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-80236-CIV-RYSKAMP/HOPKINS

ZIKE LLC,

Plaintiff,

v.

DANIEL S. CATALFUMO,
JAMES JACOBY, JOSEPH EICHNER,
CATALFUMO CONSTRUCTION
AND DEVELOPMENT, INC., CATALFUMO
GLOBAL DISTRIBUTORS, LLC,
F/K/A ZIKE GLOBAL DISTRIBUTORS, LLC,
JOHN DOES 1-10 AND ABC CORPORATIONS 1-10,

Defendants.
_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court pursuant to the joint stipulation of dismissal without prejudice, filed June 18, 2013 **[DE 87]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees. This matter is REMOVED from the January 27, 2014 trial calendar. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 26th day of June, 2013.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE